United States Bankruptcy Court
District of Connecticut

In re:  
Gwendolyn Evette Trotter-Calhoun  
    Debtor

Case No. 24-50505-jam  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-5      User: admin      Page 1 of 1  
Date Rcvd: Oct 16, 2024      Form ID: pdfdoc2      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gwendolyn Evette Trotter-Calhoun, 85 Alanson Rd., Bridgeport, CT 06607-1504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frederic S. Ury | on behalf of Creditor Bridgeport Gateway Apartments Inc. fred@urymoskow.com, cherie@urymoskow.com |
| Jesse C. Clark | on behalf of Debtor Gwendolyn Evette Trotter-Calhoun jclark@recoverylawgroup.com |
| Patrick Crook | on behalf of Trustee Roberta Napolitano pcrook@ch13rn.com |
| Roberta Napolitano | notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 5

**File an Order:**

24-50505 Gwendolyn Evette Trotter-Calhoun

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 5 (Bridgeport) |
| Assets: y | Judge: jam | |

# U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Clerks Office rms entered on 10/16/2024 at 12:02 PM EDT and filed on 10/16/2024
**Case Name:** Gwendolyn Evette Trotter-Calhoun
**Case Number:** 24-50505
**Document Number:** 24

**Docket Text:**
**ORDER DENYING IN PART MOTION TO APPEAR REMOTELY.** A hearing on the Trustee's Motion to Dismiss is scheduled to be held on October 17, 2024, at 10:00 a.m. in accordance with a Notice of Hearing issued on September 30, 2024 (ECF No. [16]). On October 15, 2024, the Debtor's counsel filed a Motion to Appear Remotely at the hearing on the Motion to Dismiss (the 'Motion,' ECF No. [21]). Because the Debtor filed an Objection to the Motion to Dismiss, ECF No. [19], it is hereby

**ORDERED:** The Motion is **DENIED IN PART**. Unless the Debtor consents to the granting of the Motion to Dismiss, or if the Debtor intends to prosecute the Objection to the Motion to Dismiss, the Debtor's counsel must appear at the scheduled hearing. (RE: [21]). Signed by Judge Julie A. Manning on October 16, 2024. (rms)

The following document(s) are associated with this transaction:


**24-50505 Notice will be electronically mailed to:**

Jesse C. Clark on behalf of Debtor Gwendolyn Evette Trotter-Calhoun
jclark@recoverylawgroup.com

Patrick Crook on behalf of Trustee Roberta Napolitano
pcrook@ch13rn.com

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Frederic S. Ury on behalf of Creditor Bridgeport Gateway Apartments, Inc.
fred@urymoskow.com, cherie@urymoskow.com

**24-50505 Notice will not be electronically mailed to:**