# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
December 6, 2024

In re:

    Gwendolyn Evette Trotter−Calhoun
    Debtor*

Case Number: 24−50505
Chapter: 13

### NOTICE OF CHAPTER 13 PLAN CONFIRMATION HEARING

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that a Confirmation Hearing on the Debtor's Chapter 13 Plan, and any amended or modified plan filed before confirmation in accordance with 11 U.S.C. § 1323, will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **January 9, 2025** at **10:30 AM** to consider and act upon the following matter(s):

    **First Amended Chapter 13 Plan Before Confirmation Filed by Jesse C. Clark on behalf of Gwendolyn Evette Trotter−Calhoun Debtor (Re: Doc #33)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non−evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above−mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above−referenced matter and may enter an order granting that relief.

**OBJECTION(S) TO THE MOTION SHALL BE FILED ON OR BEFORE: January 2, 2025** before 4:00 PM. Untimely objections may not be considered.

NOTE: Pursuant to Local Bankr. R. 3015−2(b), the Debtor's attorney, or the Debtor, if not represented by counsel, must appear at the confirmation hearing unless specifically excused by Court order. Failure to attend may result in denial of confirmation of the Chapter 13 Plan.

Dated: December 6, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − rms