# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 12/6/2024 |
| Case: 24−50505 | Form ID: 112 | Total: 23 |

**Recipients of Notice of Electronic Filing:**
tr     Roberta Napolitano     notices@ch13rn.com
aty     Frederic S. Ury     fred@urymoskow.com
aty     Jesse C. Clark     jclark@recoverylawgroup.com
aty     Patrick Crook     pcrook@ch13rn.com

                                                                    TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Gwendolyn Evette Trotter−Calhoun     85 Alanson Rd.     Bridgeport, CT 06607
cr     Bridgeport Gateway Apartments, Inc.     c/o Collect Associates     392 River Road     Shelton, CT 06484
9506366     Aceptance Now     Attention: Officer or Manager     5501 Headquarters Dr.     Plano, TX 75024
9519890     Bridgeport Gateway Apartments, Inc.     c/o Frederic S. Ury, Esquire     Pullman & Comley, LLC     253 Post Road West     Westport, CT 06880
9506368     Capital One     Attention: Officer or Manager     P.O. Box 30285     Salt Lake City, UT 84130
9510770     Capital One N.A.     by AIS InfoSource LP as agent     4515 N Santa Fe Ave     Oklahoma City , OK 73118
9506369     Collect Associates     Attention: Officer or Manager     392 River Rd.     Shelton, CT 06484
9506370     Committee James Edward     Miller Rosnick, Butler, PC     1087 Broad Street     Bridgeport, CT 06604
9506371     Credit One Bank     Attention: Officer or Manager     6801 Cimarron Rd.     Las Vegas, NV 89113
9507793     Exeter Finance LLC c/o AIS Portfolio Services, LLC     4515 N Santa Fe Ave Dept APS     Oklahoma City, OK 73118
9506372     First Premier Bank     Attention: Officer or Manager     3820 N Louise Ave.     Sioux Falls, SD 57107
9515251     Flowering Peach BK, LLC     Peritus Portfolio Services II, LLC     PO BOX 141419     IRVING, TX 75014−1419
9506373     Internal Revenue Services     Department of Treasury     Attn: Agent     P O Box 7346     Philadelphia, PA 19101−7346
9513267     Jefferson Capital Systems LLC     Po Box 7999     Saint Cloud MN 56302−9617
9519296     LVNV Funding, LLC     Resurgent Capital Services     PO Box 10587     Greenville, SC 29603−0587
9506374     Navigant Credit Union     Attention: Officer or Manager     693 Broad Street     Central Falls, RI 02863
9506375     Pullman & Comley, LLC     Attention: Officer or Manager     850 Main St.     P.O. Box 7006     Bridgeport, CT 06601−7006
9517340     Scolopax, LLC     C/O Weinstein & Riley, P.S.     749 GATEWAY, SUITE G−601     ABILENE, TX 79602
9506376     Snap Finance     Attention: Officer or Manager     P.O. Box 26561     Salt Lake City, UT 84126

                                                                    TOTAL: 19