UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| GWENDOLYN EVETTE TROTTER-CALHOUN | : CASE NO. 24-50505-JAM |
| | : |
| Debtor | : December 20, 2024 |

OBJECTION TO CONFIRMATION

Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") objects to the confirmation of the Chapter 13 Plan (ECF #33, "Plan") of the above-captioned Debtor ("Debtor") for the following reason(s):

1. The Debtor has failed to maintain plan payments: Section 1326(a) of the Bankruptcy Code requires the Debtor to start making plan payments within 30 days of filing the plan or the case, whichever is earlier. The Debtor filed this case on July 19, 2024 and a Plan (ECF #7) on July 19, 2024. The Debtor should have paid a total of $2,831.44. To date, the Debtor is overdue in the amount of $641.44. Given the failure to make payments, it appears that the Debtor will be unable to comply with 11 U.S.C. §1325(a)(6) by making all payments and complying with the Plan. The arrearage of approximately one month arises from the failure to make the first two payments called for under the Plan. Only one of those payments has been made up.

2. The Plan pays a priority claim for which no proof of claim has been filed. The government claims bar date has not passed.

3. The Plan's treatment of secured creditors violates Section 1325(a)(5) of the Bankruptcy Code. The Plan provides for various liens to be deemed unsecured, but the Debtor has not filed a motion to determine status or avoid liens. However the Plan appears to treat the liens in question as fully secured and it may be appropriate to treat the claims in section 3.1 in that case no motion under section 506 would be needed.

4. The Plan treats proof of claim 1 filed by Exeter Finance LLC and secured by a 2007 Toyota Matrix. The vehicle is not listed on Scheule A/B.

Wherefore, the Trustee requests that Confirmation of the Plan be denied.

ROBERTA NAPOLITANO, TRUSTEE
By: */s/ Patrick Crook*
Patrick Crook, Staff Attorney
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106
Tel: 860-278-9410, ext. 130
pcrook@ch13rn.com
Federal Bar No.: ct07670

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| GWENDOLYN EVETTE TROTTER-CALHOUN | : CASE NO. 24-50505-JAM |
| | : |
| Debtor. | : December 20, 2024 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Objection to Confirmation

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   GWENDOLYN EVETTE TROTTER-CALHOUN
   85 ALANSON RD.
   BRIDGEPORT, CT 06607

3. **Parties Served Electronically Include:**
   Debtor's Attorney: JESSE C. CLARK, ESQ.
   Email: jclark@recoverylawgroup.com

   Office of the United States Trustee:
   Kim McCabe, Assistant United States Trustee
   ustpregion02.nh.ecf@usdoj.gov

/s/
*Patrick Crook*
Patrick Crook
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106
Tel: 860-278-9410, ext. 130
pcrook@ch13rn.com
Federal Bar No.: ct07670